SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
GREGORY F. HURLEY, Cal. Bar No. 126791
ghurley@sheppardmullin.com
650 Town Center Drive, 10th Floor
Costa Mesa, California 92626-1993
Telephone:  714.513.5100
Facsimile:   714.513.5130

Attorneys for Defendant,
TAPESTRY, INC. (sued erroneously as
Coach Leatherware California, Inc.)

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Brian Whitaker,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>Coach Leatherware California, Inc., a Maryland Corporation<br><br>　　　　Defendant. | Case No. 2:21-cv-00245-FMO-GJS<br>Honorable Fernando M. Olguin<br><br>**DEFENDANT'S NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFF'S COMPLAINT**<br><br>*Filed Concurrently with Memorandum of Points and Authorities; Declaration of Gregory F. Hurley; and [Proposed] Order*<br><br>Date:　　　May 27, 2021<br>Time:　　　10:00 a.m.<br>Ctrm:　　　6th Floor, 6D<br><br>Action Filed:　　January 12, 2021<br>Trial Date:　　　None Set |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

**PLEASE TAKE NOTICE** that on May 27, 2021, in Courtroom 6D or as soon thereafter as the motion may be heard before the located at the United States Courthouse, 350 W. 1st Street, 6th Floor, Los Angeles, California 90012, Defendant Tapestry, Inc. (erroneously sued as Coach Leatherware California, Inc.) and hereinafter, "Defendant", will move the Court for an order declining supplemental jurisdiction and dismissing Plaintiff's state law claims under California's Unruh Civil Rights Act (*Cal. Civil Code* §§ 51-53) pursuant to Rule 12(b)(1) of the Rules of Federal Civil Procedure and 28 U.S.C. § 1367(c) upon which relief can be granted.

Defendant brings this motion on the grounds that Courts have recognized that claims under Unruh Act raise novel and complex issues of state law, specifically the way in which damages are calculated; Plaintiff's state-law claim for monetary damages substantially predominates over his claim of injunctive relief; and Plaintiff meets the definition of a "high-frequency litigant", appears to be forum and/or judge shopping, and fails to identify statutory damages, which amount to exceptional circumstances and a compelling reason to decline supplemental jurisdiction. *Wander v. Kaus*, 304 F.3d 856, 859 (9th Cir. 2002); 28 U.S.C. § 1367 (c).

This motion is made following the conference of counsel on March 16th, 2021 and April 16th, 2021 pursuant to L.R. 7-3, wherein counsel for Plaintiff advised that he was unwilling to dismiss the Second Cause of Action under California's Unruh Civil Rights Act (*Cal. Civil Code* §§ 51-53). This Motion is based on this Notice of Motion and Motion, the attached Memorandum of Points and Authorities in support thereof, and all other papers and pleadings on record with this Court, and such other evidence, arguments, and items as may be presented to the Court on or before the time of the hearing of the motion.

**Meet and Confer Efforts.**

Counsel for Defendants emailed Plaintiff's counsel in an attempt to understand the variation in patterns of filing of actions for this particular Plaintiff and to meet and confer on a motion to dismiss. Hurley Decl at ¶¶ 2, 3. On March 16, 2021 counsel for Defendants met and conferred with Plaintiff's counsel by phone regarding this Motion, dismissal of the state claim, and the basis for same. *Id*. at ¶ 4. Plaintiff's counsel confirmed that Plaintiff would not dismiss his Cause of Action under the Unruh Act which necessitates the instant motion.

Dated:  April 27, 2021

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By   /s/ *Gregory F. Hurley*
     GREGORY F. HURLEY

     Attorneys for Defendant,
     TAPESTRY, INC.
     (sued erroneously as Coach Leatherware California, Inc.)