SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
GREGORY F. HURLEY, Cal. Bar No. 126791
ghurley@sheppardmullin.com
KANDICE L. KIM, Cal. Bar No. 295227
klkim@sheppardmullin.com
650 Town Center Drive, 10th Floor
Costa Mesa, California 92626-1993
Telephone:  714.513.5100
Facsimile:  714.513.5130

Attorneys for Defendant,
Tapestry, Inc. (sued erroneously as
COACH LEATHERWARE
CALIFORNIA, INC.)

CENTER FOR DISABILITY ACCESS
Chris Carson, Esq., SBN 280048
Raymond Ballister Jr., Esq., SBN 111282
Dennis Price, SBN 279082
8033 Linda Vista Road Suite 200
San Diego CA 92111
Telephone:  (858) 375-7385
Facsimile:  (888) 422-5191 fax
dennisp@potterhandy.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Brian Whitaker,<br><br>    Plaintiff,<br><br>    v.<br><br>Coach Leatherware California, Inc., a Maryland Corporation<br><br>    Defendant. | Case No. 2:21-cv-00245-FMO-GJS<br>Honorable Fernando M. Olguin<br><br>**DEFENDANT'S NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, SUMMARY ADJUDICATION**<br><br>Date:          January 20, 2022<br>Time:         10:00 a.m.<br>Ctrm:         6D<br><br>Action Filed:   January 12, 2021<br>Trial Date:     None Set |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on January 20, 2022, at 10:00 a.m. or as soon thereafter as the matter may be heard in Courtroom 6D of the above-entitled Court located at 350 W. 1st Street, Los Angeles, California 90012, Defendant Tapestry, Inc. (erroneously sued as Coach Leatherware California, Inc.) will, and hereby does, move the Court to enter summary judgment, or in the alternative, summary adjudication, in favor of Defendant and against Plaintiff Brian Whitaker.

Defendant's motion is made on the grounds that there is no genuine issue as to any material fact and that Defendants are entitled to judgment as a matter of law for the following reasons:  First, Plaintiff's claims under the Americans With Disabilities Act ("ADA") and Unruh Civil Rights Act ("Unruh Act") are moot because the subject store is permanently closed.  Second, all of Plaintiff's claims fail because Plaintiff cannot meet his burden to show that it is "readily achievable" to remove the alleged barrier, particularly in light of the fact that the Store is now closed.  Third, Plaintiff's Unruh Act claim for statutory damages fails because Plaintiff cannot show that he was denied access.  Fourth, Plaintiff's Unruh Act claim fails because Plaintiff cannot recover damages for litigation-related visits as a matter of law.  Finally, to the extent the Court does not dismiss Plaintiff's Unruh Act claim with prejudice, then the Court should decline supplemental jurisdiction over it.

This motion is made following the conference of counsel pursuant to L.R. 7-3 which took place on November 11, 2021. This Motion is based on this Notice of Motion and Motion, Joint Brief Re Defendant's Motion for Summary Judgment Or, In the Alternative, Summary Adjudication, Joint Statement of Undisputed Facts Re Defendant's Motion for Summary Judgment Or, In the Alternative, Summary Adjudication, Joint Evidentiary Appendix Re Defendant's Motion for Summary Judgment Or, In the Alternative, Summary Adjudication, the record and files herein, and such other evidence as may be admitted at the time of the hearing of the motion.

1  Dated:  December 7, 2021

2                                  SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

3

4

5  By       /s/ *Gregory F. Hurley*
              GREGORY F. HURLEY
6             KANDICE L. KIM
              Attorneys for Defendant,
7             Tapestry, Inc. (sued erroneously as COACH LEATHERWARE CALIFORNIA. INC.)

8